UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| East Carolina Masonry, Inc., Appellant, | |
| v. | **JUDGMENT** |
| Weaver Cooke Construction, LLC Appellee. | No. 5:15-CV-252-BR |

**Decision by Court.**

This action came before Senior US District Judge W. Earl Britt for consideration regarding the appeal from the US Bankruptcy Court, Eastern District of North Carolina.

**IT IS ORDERED, ADJUDGED AND DECREED** that the 3 June 2014 and 28 May 2015 Orders of the Bankuptcy Court of the Eastern District of North Carolina are AFFIRMED.

<u>**This judgment filed and entered on January 20, 2016, and served on:**</u>

William Walter Rapp (via CM/ECF Notice of Electronic Filing)
C. Hamilton (Hank) Jarrett , III (via CM/ECF Notice of Electronic Filing)
Douglas P. Jeremiah (via CM/ECF Notice of Electronic Filing)
Joseph P. Gram (via CM/ECF Notice of Electronic Filing)
Kelli E Goss (via CM/ECF Notice of Electronic Filing)
Luke J. Farley (via CM/ECF Notice of Electronic Filing)

January 20, 2016

JULIE RICHARDS JOHNSTON, CLERK

By: Deputy Clerk